MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

**FILED**

NOV - 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00765-EJD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 1, 2012 TO DECEMBER 3, 2012 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | ) | |
| AARON CARLON, | ) | |
| Defendant. | ) | |

On November 1, 2012, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials to be provided by the government. At that time, the Court set the matter for a hearing before Judge Davila on December 3, 2012.

The parties stipulate that the time between November 1, 2012 and December 3, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §3161(h)(7)(A).

5  DATED: November 2, 2012             MELINDA HAAG
                                       United States Attorney

7                                      /s/
                                       _____
                                       JEFFREY B. SCHENK
8                                      Assistant United States Attorney

10                                     /s/
                                       _____
                                       ROBERT CARLIN
11                                     Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between November 1, 2012 and December 3, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 11/5/12

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE